UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION


Case No. 6:00-bk-04140-ABB


IN RE:
    SHAWN O'CONNOR
    KATHLEEN M. O'CONNOR


    Debtor (s).
_____/


REPORT OF STANDING CHAPTER 13 TRUSTEE


COMES NOW, Laurie K. Weatherford, Trustee, and respectfully

shows that, pursuant to orders dismissing cases, orders of

conversion, and orders of distribution, as shown below, she has

made distribution of all monies received.  All checks have

cleared with the exception of the following:


Check No.          Amount          Claimant Name & Address

0785728      $       650.00          MICHAEL J. DUGGAR
                                     P.O. BOX 5087
                                     TITUSVILLE FL 32783-5087


    1.  That the distribution(s) mailed to the above-listed

Claimants at the address(es) listed above have either been

returned by the United States Postal Service marked "Forwarding

Time Expired/Unable to Forward" or the Trustee has stopped

payment on all outstanding checks.

    2.  Those checks which were undeliverable by the United

States Postal Service are in the Trustee's files.

    3.  Pursuant to the provisions of 11 U.S.C., Section 347,

these funds are now being turned over to the Court.

     4.  That the Trustee has attached hereto check(s) totaling $   650.00  which is payable to Clerk, U.S. Bankruptcy Court/ Court Registry.

     5.  That those Claimant(s) which are entitled to these funds are listed above at their address as listed in the Court's records.

     6.  A copy of this notice and the original check has been sent to the Financial Administrator, U.S. Bankruptcy Court, 801 North Florida Avenue, Suite 727, Tampa, FL 33602-3899.

     Respectfully submitted on this 27th day of Apr, 2004.


       /S/ Laurie K. Weatherford
      Laurie K. Weatherford, Trustee
      P.O. Box 3450
      Winter Park, FL 32790-3450
      Telephone: (407) 648-8841
      Facsimile: (407) 648-2665